# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL THOMAS COLLINS

NO. 2024 KW 1039

DECEMBER 23, 2024

---

In Re:     Michael Thomas Collins, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 38426.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.** There does not appear to be any abuse of discretion by the district court dismissing the application for postconviction relief without holding a hearing. The district court provided relator an *opportunity* to establish his claims, thus triggering the permissive, rather than mandatory, language for appointment of counsel under La. Code Crim. P. art. 930.7. See La. Code Crim. P. art. 929(A); **State ex rel. Tassin v. Whitley,** 602 So.2d 721, 722 (La. 1992). Relator failed to establish that relief should be granted. See La. Code Crim. P. art. 930.2.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT